**KAREN M. VICKERS,** OSB No. 913810
kvickers@mershanlaw.com
**BETH F. PLASS,** OSB No. 122031
bplass@mershanlaw.com
MERSEREAU SHANNON LLP
111 SW Columbia Street, Suite 1100
Portland, Oregon 97201-5865
Telephone: 503.226.6400
Facsimile: 503.226.0383

  Of Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **JESSICA DOE**, an individual proceeding under a pseudonym,<br><br>    Plaintiff,<br><br>  v.<br><br>**ST. HELENS SCHOOL DISTRICT**, an Oregon Public School District, authorized and chartered by the laws of the State of Oregon; **ST. HELENS SCHOOL DISTRICT BOARD**, an Oregon corporate body authorized and chartered by the laws of the State of Oregon; **SCOT STOCKWELL**, individually and in his official capacity as Superintendent of the St. Helens School District; **TED ZEHR**, individually and in his official capacity as principal of St. Helens High School; **JAMES CARLILE**, individually and in his official capacity as principal of St. Helens High School; and **HEATHER ANDERSON-BIBLER**, individually and in her official capacity as guidance counselor of St, Helens High School,<br><br>    Defendants. | Case No. 3:19-cv-01728-SB<br><br>STIPULATED ORDER TO PRODUCE AND PROTECT |

  Attorneys for defendants, Karen M. Vickers and Beth F. Plass of Mersereau Shannon

LLP, are requesting production of records pertaining to child abuse investigation of Jessica Doe,

PAGE 1 -  STIPULATED ORDER TO PRODUCE AND PROTECT

DOB 03/10/2001, conducted by the Department of Human Services ("DHS"). Because these records contain protected health information and highly sensitive information pursuant to a child abuse investigation, they are subject to confidentiality provisions of ORS 418.794, ORS 418.795, ORS 419B.035, ORS 419B.112, and ORS 419B.195 concerning reports and evaluations of child abuse, and the court has taken judicial notice of the especially sensitive content of these requested records,

IT IS HEREBY ORDERED that a true and correct copy of the records be produced by DHS directly to Judge Stacie F. Beckerman, United States Courthouse, 1000 SW Third Avenue, Room 927, Portland, OR 97204, for in camera review only.

SUBJECT TO THE FOLLOWING RESTRICTIONS:

1. All records obtained under this order shall be in the constructive custody of the Court. The records shall be returned to DHS at the conclusion of this proceeding or within 40 days after the final judgment is entered by the Court.

2. Records obtained under this protective order may not be viewed, released, or otherwise used except by the Judge in the above entitled proceeding unless a specific document is released by the Court to Counsel for the parties. Any other use or viewing of these records is not authorized and shall be deemed a violation of this protective order.

3. All records released to Counsel pursuant to this order shall be in the constructive custody of the Court. The records may be retained in the physical custody of Counsel for the duration of the proceedings. For purposes of this paragraph "duration of the proceedings" includes any applicable period of appeal. Counsel shall not provide a copy to any individual except that Counsel may provide a copy to an expert witness. Counsel my provide copies of paper records

MERSEREAU SHANNON LLP
111 SW COLUMBIA STREET, SUITE 1100
PORTLAND, OREGON 97201-5865
(503) 226-6400

to experts retained by Counsel so long as no additional copies are created, and any copy created by Counsel for said expert is returned to Counsel at the conclusion of the matter.  A copy of the document in question shall be accompanied by a copy of this order.  No one is allowed to possess or review a copy of the provided information except as specifically authorized herein.  At the completion of the proceedings all copies retained by Counsel shall be returned to DHS or destroyed by Counsel.

4. Counsel presenting this order for the Court's signature shall have so notified all other counsel of record in this proceeding and the representative of DHS.

5. All reasonable expenses incurred in the production of these records shall be the responsibility of the party seeking production.  Payment is required at the time of production.

**IT IS SO STIPULATED.**

DATED: April 29, 2020.

| CREW JANCI LLP | MERSEREAU SHANNON LLP |
|---|---|
| *s/Will Stewart* | *s/ Karen M. Vickers* |
| **STEPHEN F. CREW**, OSB No. 781715 | **KAREN M. VICKERS,** OSB No. 913810 |
| steve@crewjanci.com | kvickers@mershanlaw.com |
| **PETER B. JANCI,** OSB No. 074249 | **BETH F. PLASS,** OSB No. 122031 |
| peter@crewjanci.com | bplass@mershanlaw.com |
| **WILL STEWART**, OSB No. 124670 | 503.226.6400 |
| will@crewjanci.com | Of Attorneys for Defendants |
| Of Attorneys for Plaintiff | |

The Court has reviewed the reasons offered in support of entry of this Stipulated Protective Order and finds that there is good cause to protect the confidential nature of certain information. Accordingly, the Court adopts the above Stipulated Order to Produce and Protect in this action.

IT IS SO ORDERED this 4th day of May, 2020.

*Stacie F. Beckerman*

The Honorable Stacie F. Beckerman
United States Magistrate Judge