**KAREN M. VICKERS,** OSB No. 913810
kvickers@vickersplass.com
Telephone: 503-726-5985
**BETH F. PLASS,** OSB No. 122031
bplass@vickersplass.com
Telephone: 503-726-5975
VICKERS PLASS LLC
5200 Meadows SW Road, Suite 150
Lake Oswego, OR 97035

    Of Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JESSICA DOE**, an individual proceeding under a pseudonym,<br><br>    Plaintiff,<br><br>    v.<br><br>**ST. HELENS SCHOOL DISTRICT**, an Oregon Public School District, authorized and chartered by the laws of the State of Oregon; **ST. HELENS SCHOOL DISTRICT BOARD**, an Oregon corporate body authorized and chartered by the laws of the State of Oregon; **SCOT STOCKWELL**, individually and in his official capacity as Superintendent of the St. Helens School District; **TED ZEHR**, individually and in his official capacity as principal of St. Helens High School; **JAMES CARLILE**, individually and in his official capacity as principal of St. Helens High School; and **HEATHER ANDERSON-BIBLER**, individually and in her official capacity as guidance counselor of St, Helens High School,<br><br>    Defendants. | Case No. 3:19-cv-01728-SB<br><br>JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT |

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer

regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a

lawsuit.  This report is submitted in compliance with LR 16-4(d).

1.     Have counsel held settlement discussions with their clients and the opposing party?     ☒ **Yes**     ☐ No

If not, provide an explanation:

2.     The parties propose: (*check one of the following*)

☐ (a)  That this case be referred to a neutral of their choice for ADR not sponsored by the court pursuant to LR 16-4(e)(1).

☐ (b)  That the court refer this case to mediation using a Court-sponsored mediator or staff mediator.  (*See* LR 16-4(f) for Court-sponsored mediation procedures).  The parties seek a Court mediator because:

☐ (c)  ADR may be helpful at a later date following completion of dispositive motions.

☐ (d)  The parties believe the court would be of assistance in preparing for ADR by:

☐ (e)  The parties do not believe that any form of ADR will assist in the resolution of this case.

☒ (f)  Other:  The parties engaged in mediation with Lyle Velure on December 18, 2020.

/ / / /

DATED: January 8, 2021.

    CREW JANCI LLP

    *s/Peter B. Janci*
    **STEPHEN F. CREW**, OSB No. 781715
    steve@crewjanci.com
    **PETER B. JANCI,** OSB No. 074249
    peter@crewjanci.com
    **WILL STEWART**, OSB No. 124670
    will@crewjanci.com
    Of Attorneys for Plaintiff

DATED: January 8, 2021.

    VICKERS PLASS LLC

    *s/ Karen M. Vickers*
    **KAREN M. VICKERS,** OSB No. 913810
    kvickers@vickersplass.com
    503-726-5985
    **BETH F. PLASS,** OSB No. 122031
    bplass@vickersplass.com
    503-726-5975
    Of Attorneys for Defendants