**Stephen Crew, OSB No. 781715**
steve@crewjanci.com
**Peter Janci, OSB No. 074249**
peter@crewjanci.com
**CREW JANCI LLP**
1200 NW Naito Pkwy, Ste 500
Portland, Oregon 97209
Telephone: (503) 306-0224
Facsimile: (503) 467-4940
*Of Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JESSICA DOE,** an individual proceeding under a pseudonym,<br><br>Plaintiff,<br><br>v.<br><br>**ST. HELENS SCHOOL DISTRICT**, an Oregon Public School District, authorized and chartered by the laws of the State of Oregon; et al,<br><br>Defendants. | Case No. 3:19-cv-01728-SB<br><br>DECLARATION OF PETER JANCI IN SUPPORT OF STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES |

I, Peter B. Janci, declare and say:

1. I am an attorney licensed to practice law in the State of Oregon and admitted to practice in the United States District Court for the District of Oregon.

2. The parties jointly request that the Court extend the time for all discovery and

motion deadlines by an additional 90 days, including the following current deadlines:

1. Discovery Motions **– 4/15/21**

**2.** Discovery Complete – **4/30/21**

3. Dispositive Motions – **6/1/21**

4. Initial Expert Disclosure – **30 days after ruling on dispositive mots.**

5. Supplemental Expert Disclosure – **60 days ruling on dispositive mots.**

3.  The parties participated in mediation on December 18, 2020.  The mediation was unsuccessful.  The parties are now moving forward with depositions, which will begin in April, 2021, which may result in either additional discovery requests and/or additional depositions. Plaintiff's deposition is now currently set for April 12, 2021.

4.  For the reasons set out in paragraph 3, the parties request that the Court extend all deadlines to the following dates:

6. Discovery Motions **– 7/15/21**

7. Discovery Complete – **7/30/21**

8. Dispositive Motions – **9/30/21**

9. Initial Expert Disclosure – **30 days after ruling on dispositive mots.**

10. Supplemental Expert Disclosure – **60 days ruling on dispositive mots.**

5. The parties conferred by email on February 12, 2021, regarding the deadline extensions requested herein, and defendants' counsel stipulates to this Motion for Extension of Time.

6. This motion is made in good faith and not for the purposes of delay.

DATED February 16, 2021                    CREW JANCI LLP

                                                               **/s Peter B. Janci**
Stephen Crew, OSB No. 781715
Peter Janci, OSB No. 074249
1650 NW Naito Pkwy, Ste 125
Portland, OR 97209
Tel: 503-306-0224
steve@crewjanci.com
peter@crewjanci.com
*Of Attorneys for Plaintiff*