IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JESSICA DOE, | Case No. 3:19-cv-01728-SB |
| Plaintiff, | **DISCOVERY ORDER** |
| v. | |
| ST. HELENS SCHOOL DISTRICT *et al.*, | |
| Defendants. | |

**BECKERMAN, U.S. Magistrate Judge.**

Having reviewed the parties' informal submissions regarding their current discovery dispute, the Court hereby ORDERS Defendants to produce to Plaintiff:

(1) all complaints, whether founded or acted upon or not, alleging sexual misconduct between any of Defendants' agents, volunteers, or representatives, and students, from 2007 to present, including but not limited to formal complaints, tort claim notices, internal investigation reports, correspondence, minutes, and memoranda regarding said complaints;

(2) all complaints or statements made by former or current students regarding abuse, harassment, or hazing, from 2007 to present; and

PAGE 1 – DISCOVERY ORDER

(3) all documents identifying, evidencing, or accusing Defendants, their employees, or volunteers, of sexual abuse or harassment from 2007 to present.

Defendants shall produce all such records subject to the protective order (ECF No. 17), and defendant St. Helens School District shall notify the affected students and their parents of their right to object before Defendants release the records.

DATED this 2nd day of April, 2021.

*Stacie F. Beckerman*
HON. STACIE F. BECKERMAN
United States Magistrate Judge