**Stephen F. Crew, OSB No. 781715**
steve@crewjanci.com
**Peter B. Janci, OSB No. 074249**
peter@crewjanci.com
**CREW JANCI LLP**
1200 NW Naito Pkwy, Ste 500
Portland, Oregon 97209
Telephone: (503) 306-0224
Facsimile: (503) 467-4940
*Of Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JESSICA DOE,** an individual proceeding under a pseudonym,<br><br>     Plaintiff,<br><br> v.<br><br>**ST. HELENS SCHOOL DISTRICT**, an Oregon Public School District, authorized and chartered by the laws of the State of Oregon; **ST. HELENS SCHOOL DISTRICT BOARD**, an Oregon corporate body authorized and chartered by the laws of the State of Oregon; **SCOT STOCKWELL**, individually and in his official capacity as Superintendent of the St. Helens School District; **TED ZEHR**, individually and in his official capacity as principal of St. Helens High School; **JAMES CARLILE**, individually and in his official capacity as principal of St. Helens High School; and **HEATHER ANDERSON-BIBLER,** individually and in her official capacity as guidance counselor of St, Helens High School,<br><br>     Defendants. | CASE NO: 3:19-cv-01728-SB<br><br>**STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT** |

Page | 1 STIPULATION FOR FILING OF
     FIRST AMENDED COMPLAINT

**IT IS HEREBY STIPULATED** by and between all parties hereto through their respective attorneys of record that Plaintiff may file her First Amended Complaint, a copy of which is attached hereto.

DATED this 8th day of March, 2022.

| **CREW JANCI LLP** | **VICKERS PLASS LLC** |
|---|---|
| /s/ Stephen F. Crew_____ | /s/ Karen Vickers_____ |
| **Stephen F. Crew, OSB No. 781715** | **Karen Vickers, OSB No. 913810** |
| **Peter B. Janci, OSB No. 074249** | **Beth Plass, OSB No. 122031** |
| **CREW JANCI LLP** | **VICKERS PLASS LLC** |
| 1200 NW Naito Pkwy, Ste 500 | 5220 SW Meadows Road, Suite 150 |
| Portland, Oregon 97209 | Lake Oswego, OR 97035 |
| Telephone: (503) 306-0224 | Telephone: (503) 726-5985 |
| Facsimile: (503) 467-4940 | *Of Attorneys for Defendants* |
| *Of Attorneys for Plaintiff* | |