**Stephen Crew, OSB No. 781715**
steve@crewjanci.com
**Peter Janci, OSB No. 074249**
peter@crewjanci.com
**Adam Anderson, OSB No. 120634**
adam@crewjanci.com
**CREW JANCI LLP**
1200 NW Naito Pkwy, Ste 500
Portland, Oregon 97209
Telephone: (503) 306-0224
Facsimile: (503) 467-4940
*Of Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JESSICA DOE,** an individual proceeding under a pseudonym,<br><br>Plaintiff,<br><br>v.<br><br>**ST. HELENS SCHOOL DISTRICT**, an Oregon Public School District, authorized and chartered by the laws of the State of Oregon; et al,<br><br>Defendants. | Case No. 3:19-cv-01728-SB<br><br>DECLARATION OF PETER B. JANCI IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT |

I Peter B Janci, declare:

1. I am one of the attorneys for Plaintiff Jessica Doe ("Plaintiff") in this matter. I make this declaration based upon personal knowledge. I am competent to testify as to the matters stated herein.

2. On April 25, 2022, Defendants filed a Motion for Summary Judgement that, if

Page | 1  DECLARATION OF PETER B. JANCI IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

**CREW JANCI LLP**
1200 NW Naito Parkway, Suite 500
Portland, OR 97209
Tel: (503) 306-0224
Fax: (503) 467-4940

granted, would be dispositive of all Plaintiff's federal claims.

3. The current deadline for Plaintiff's response date is May 18, 2022.

4. On May 6, 2022, I spoke with the counsel for Defendants (Beth Plass) and informed her of our intent to seek an extension of time to June 3, 2022 for submitting Plaintiff's response to the summary judgment motion. Attorney Plass informed me during that call that Defendants do not oppose such an extension.

5. The motion is not brought for purposes of delay. Rather, this motion is necessitated by the multiple, complex legal issues raised by Defendants' motion for summary judgment, which require substantial marshalling of responsive evidence, all of which require more time than allowed for by the existing deadline.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED the 9th day of May, 2022.

**CREW JANCI LLP**

/s/ Peter B. Janci
Stephen Crew, OSB No. 781715
Peter B. Janci, OSB No. 074249
Adam Anderson, OSB No. 120634
1200 NW Naito Parkway, Suite 500
Portland, OR 97209
Tel: (503) 306-0224
steve@crewjanci.com
peter@crewjanci.com
adam@crewjanci.com
*Of Attorneys for Plaintiff*

Page | 2    DECLARATION OF PETER B. JANCI IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

**CREW JANCI LLP**
1200 NW Naito Parkway, Suite 500
Portland, OR 97209
Tel: (503) 306-0224
Fax: (503) 467-4940